■ In the Matter of LIBBY ANNINGER, Appellant, against ARNOLD SCHWARTZ, Respondent.— Final order or judgment and order unanimously affirmed. No opinion. Concur — Peck, P. J., Breitel, Rabin, Frank and McNally, JJ.

■ ANTHONY M. GOLUBICH et al., Appellants, v. FRED FAHRNI, Defendant, and UNITED STATES PLYWOOD CORPORATION, Respondent.— Judgment and order unanimously affirmed, with costs to the respondent. No opinion. Concur — Peck, P. J., Breitel, Rabin, Frank and McNally, JJ.

■ CALOGERO MARINO et al., Individually, and as Copartners Doing Business as COLMAR CONSTRUCTION COMPANY, Respondents, v. HOME LINES, INC., Appellant.— Determination unanimously affirmed, with costs to the respondent. No opinion. Concur — Peck, P. J., Breitel, Rabin, Frank and McNally, JJ.

■ BERNARD SHOR, Respondent, v. SHERMAN BILLINGSLEY et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Peck, P. J., Breitel, Rabin, Frank and McNally, JJ. [4 Misc 2d 857; 5 A D 2d 768.]

■ F. S. GEORGE AND SON, INC., Respondent, v. THE HOME FIRE & MARINE INSURANCE COMPANY, Appellant.— Judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Peck, P. J., Breitel, Rabin, Frank and McNally, JJ.

■ In the Matter of CARLTON IMPORTING CORPORATION, Respondent, against WILLIAM E. BOYLAND et al., Constituting the Tax Commission of the City of New York, Appellants.— Final order modified so as to fix values for each and every year involved in this proceeding as follows: Land $900,000; Building $3,000,000; Total $3,900,000. On the record before this court the values now fixed are justified. Settle order. Concur — Peck, P. J., Breitel, Rabin, Frank and McNally, JJ.

■ In the Matter of BURTON BACH, Appellant, against ANNA M. KROSS, as Commissioner of the Department of Correction of the City of New York, et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Peck, P. J., Breitel, Botein, Frank and Valente, JJ.

■ In the Matter of UNITED MEDICAL SERVICE, INC., Appellant, against LEFFERT HOLZ, as Superintendent of Insurance of the State of New York, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Peck, P. J., Breitel, Botein, Frank and Valente, JJ.

■ RAE YARNIS, Respondent, v. HARRY YARNIS, Appellant.— Judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Peck, P. J., Breitel, Botein, Frank and Valente, JJ.

■ CAESAR SABELLI, Respondent, v. GUILD CREST CORPORATION, Appellant. GUILD CREST CORP., Appellant, v. CAESAR SABELLI, Respondent.— Special Term correctly held that the pleading of express warranties of fitness and merchantability was improper. The order made at Special Term, dated May 23, 1956, upon which this appeal is predicated is therefore modified to the extent of permitting the appellant (the defendant in the first action and the plaintiff in the second action) to replead any breaches of implied warranties, and, as so modified, affirmed. Settle order. Concur — Peck, P. J., Breitel, Botein, Frank and Valente, JJ.